UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
CHASE, HEATHER LYNN

Case No.: 19-29681-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on January 7, 2020, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4C . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 536 WALNUT AVE, AUDUBON, NJ<br>(FMV: $310,000.00) |
|---|---|

| Liens on property: | $286,248.00- CHASE MTG |
|---|---|

| Amount of equity claimed as exempt: | $23,752.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:         Andrew Sklar, Chapter 7 Trustee

Address:      1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-29681-JNP
Heather Lynn Chase                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Dec 04, 2019
                              Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
```
db              Heather Lynn Chase,   977 Hessian Avenue,   Westville, NJ  08093-1724
518518028      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,   El Paso, TX 79998-1540
518518030      +Chase Mortgage,   Attn Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                 Monroe, LA 71203-4774
518518031      +Chase, Jr, Patrick S,   3958 Carteret Dr  Apt 1,   Philadelphia, PA 19114-2006
518518032      +Chase, Sr, Patrick S,   3958 Carteret Dr  Apt 1,   Philadelphia, PA 19114-2006
518518033       Federal Loan Servicing,   PO Box 69184,   Harrisburg, PA 17106-9184
518518034      +Henninger Jef Esq,   788 Chrewsbury Ave  Ste 2209,   Tinton Falls, NJ 07724-3080
518518036      +Light Stream Sun Trust Bank,   Bankruptcy Department,   PO Box 85092,   Richmond, VA 23285-5092
518518038       Pressler, Felt & Warshaw LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 23:44:59     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 23:44:56     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
518518027       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 04 2019 23:45:06     American Honda Finance Corp,
                 PO Box 168088,   Irving, TX 75016-8088
518518026       E-mail/Text: ally@ebn.phinsolutions.com Dec 04 2019 23:44:04     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
518518029      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 04 2019 23:47:42     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518518035      +E-mail/Text: bncnotices@becket-lee.com Dec 04 2019 23:44:14     Kohls/Capital One,
                 Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
518518037       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 23:47:45
                 Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd,   Norfolk, VA 23502
518518039      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 04 2019 23:43:58
                 Verizon,   Bankruptcy Adminstration,   500 Technology Drive  Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:
```
          Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          Francis   Landgrebe    on behalf of Debtor Heather Lynn Chase flandgrebe@verizon.net,
           r61604@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```