**Information to identify the case:**

| Debtor 1 | Heather Lynn Chase | Social Security number or ITIN | xxx–xx–7017 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 19–29681–JNP | | |

# Order of Discharge                                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Heather Lynn Chase

2/7/20                                                        **By the court:**   Jerrold N. Poslusny Jr.
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                              Case No. 19-29681-JNP
Heather Lynn Chase                                                  Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1         Date Rcvd: Feb 07, 2020
                              Form ID: 318             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db              Heather Lynn Chase,    977 Hessian Avenue,    Westville, NJ  08093-1724
518518030      +Chase Mortgage,    Attn Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                 Monroe, LA 71203-4774
518518031      +Chase, Jr, Patrick S,    3958 Carteret Dr  Apt 1,    Philadelphia, PA 19114-2006
518518032      +Chase, Sr, Patrick S,    3958 Carteret Dr  Apt 1,    Philadelphia, PA 19114-2006
518518033       Federal Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
518518034      +Henninger Jef Esq,    788 Chrewsbury Ave  Ste 2209,    Tinton Falls, NJ 07724-3080
518518036      +Light Stream Sun Trust Bank,    Bankruptcy Department,    PO Box 85092,   Richmond, VA 23285-5092
518518038       Pressler, Felt & Warshaw LLP,    7 Entin Road,   Parsippany, NJ 07054-5020
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2020 00:51:04     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2020 00:51:01     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518518027       EDI: HNDA.COM Feb 08 2020 05:18:00     American Honda Finance Corp,   PO Box 168088,
                 Irving, TX 75016-8088
518518026       EDI: GMACFS.COM Feb 08 2020 05:18:00     Ally Financial,   PO Box 130424,
                 Roseville, MN 55113-0004
518518028      +EDI: AMEREXPR.COM Feb 08 2020 05:18:00     Amex,   Correspondence/Bankruptcy,   Po Box 981540,
                 El Paso, TX 79998-1540
518518029      +EDI: CAPITALONE.COM Feb 08 2020 05:18:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518518035      +E-mail/Text: bncnotices@becket-lee.com Feb 08 2020 00:50:13     Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,   Milwaukee, WI 53201-3043
518518037       EDI: PRA.COM Feb 08 2020 05:18:00     Portfolio Recovery,   Attn: Bankruptcy,
                 120 Corporate Blvd,   Norfold, VA 23502
518518039      +EDI: VERIZONCOMB.COM Feb 08 2020 05:18:00     Verizon,   Bankruptcy Adminstration,
                 500 Technology Drive  Ste 550,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Francis    Landgrebe    on behalf of Debtor Heather Lynn Chase flandgrebe@verizon.net,
               r61604@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```